# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:22-M -01481(1) |
| | § |
| (1) Jose Odilon Gutierrez-Garcia | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 22, 2022** in **Kinney** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Jose Odilon GUTIERREZ-Garcia, an alien, entered, or was found in the United States at or near Brackettville, Texas, after having been denied admission, excluded, deported, or removed from the United States through Laredo, Tx on 06/12/2018, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto.  Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "The defendant, Jose Odilon GUTIERREZ-Garcia, was arrested by Border Patrol Agents, on June 22, 2022 for being an alien illegally present in the United States. Investigation and

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Pena, Luis A
Border Patrol Agent

06/24/2022     at    DEL RIO, Texas
File Date                                                 City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE                  Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.   Case Number: DR:22-M -01481(1)

(1) Jose Odilon Gutierrez-Garcia

**Continuation of Statement of Facts:**

records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 06/12/2018 through Laredo, Tx. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

_____   _____
Signature of Judicial Officer       Signature of Complainant