FILED
July 20, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:      SAJ
         Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No.: **DR:22-CR-01631-AM** |
| | § | **INDICTMENT** |
| v. | § § | [Vio: 8 U.S.C. § 1326(a) & (b)(1)/(2): |
| | § | Illegal Re-entry into the United States.] |
| JOSE ODILON GUTIERREZ-GARCIA A/K/A JOSE ODILION GUTIERREZ-GARCIA | § § | |

THE GRAND JURY CHARGES:

COUNT ONE
[8 U.S.C. § 1326(a) & (b)(1)/(2)]

That on or about June 22, 2022, in the Western District of Texas, Defendant,

JOSE ODILON GUTIERREZ-GARCIA A/K/A JOSE ODILION GUTIERREZ-GARCIA,

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported and removed from the United States on or about June 12, 2018, and that the Defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1)/(2).

A TRUE BILL.

_____
FOREPERSON

ASHLEY C. HOFF
United States Attorney

By: _____ For
T. PAUL MARKOVITS
Assistant United States Attorney